RECEIVED

MAR 1 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENRY MENDOZA, ET AL. | MISC. CASE NO. 17-mc-08 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICALS AMERICA, INC, ET AL | MAGISTRATE JUDGE HANNA |

**JUDGMENT ADOPTING REPORT AND RECOMMENDATION**

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Henry Mendoza, as Testator and Derivative Claimant, and Jorge Goldstein, as Derivative Claimant of the Estate of Enrique Goldstein, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE